# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| LAVON GAY, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Case No. 4:18-CV-00529-NCC ) |
| CURTIS ANTHONY FORD, ANDREW MICHAEL BROWN, TIMOTHY NOLAN, and ELLIS C. BROWN, in their individual capacity, | ) ) ) ) ) |
| Defendants. | ) ) |

## ORDER OF PARTIAL DISMISSAL

On November 20, 2018, the Court ordered plaintiff to show cause why defendants Curtis Anthony Ford and Ellis C. Brown should not be dismissed from this action under Rule 4(m) of the Federal Rules of Civil Procedure (Doc. 22). Plaintiff has not responded to the November 20, 2018 Order, and the time for doing so has passed. Therefore, the Court will dismiss without prejudice defendants Curtis Anthony Ford and Ellis C. Brown under Rule 4(m).

Accordingly,

**IT IS HEREBY ORDERED** that defendants Curtis Anthony Ford and Ellis C. Brown are **DISMISSED without prejudice**. *See* Fed. R. Civ. P. 4(m).

Dated this 17th day of December, 2018.

                                        /s/ Noelle C. Collins
                                    NOELLE C. COLLINS
                                    UNITED STATES MAGISTRATE JUDGE