UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LAVON GAY, | ) |
| | ) |
|    PLAINTIFF, | ) |
| | ) |
| v. | )   Case No. 4:18-CV-00529 NCC |
| | ) |
| CURTIS FORD, et al., | ) |
| | ) |
|    DEFENDANTS. | ) |

## DEFENDANTS' STIPULATION TO PLAINTIFF'S VOLUNTARY DISMISSAL

COME NOW Defendants Timothy Nolan and Andrew Brown, and hereby stipulate to Plaintiff's voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Respectfully Submitted,

JULIAN BUSH
CITY COUNSELOR

/s/ Abby Duncan     #67766MO
Assistant City Counselor
1200 Market Street
City Hall Room 314
St. Louis, Missouri 63103
Phone: 314-622-4694
Fax: 314-622-4956
DuncanA@stlouis-mo.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2018 the foregoing was filed electronically with the Clerk of the Court, and was mailed via first class mail, postage prepaid, to the following non-participant in the Electronic Case Filing system:

Boonville Correctional Center
Inmate #1077661
1216 E. Morgan Street
Boonville, MO 65233

/s/ Abby Duncan

1